CARL L. FISHER, as Power of Attorney for JOHN C. FISHER, Respondent-Appellant, v KENNETH FLANIGAN et al., Defendants and DAMON CORPORATION, Appellant-Respondent. [938 NYS2d 495]

 Present—Scudder, P.J., Smith, Centra and Gorski, JJ. (Filed Jan. 31, 2012.)